IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **08-cv-381-JLK**

**JULIE MEEK**,

       Plaintiff,

v.

**ZURICH NORTH AMERICA INSURANCE COMPANY, a New York corporation,**

       Defendants.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

       The Combined Unopposed Motion for Leave to Amend Complaint and to Deem the Motion to Dismiss Moot (doc. #7), filed March 26, 2008, is GRANTED. The Amended Complaint is accepted as filed. Defendant's Motion to Dismiss (doc. #4), is denied as moot.

Dated: March 26, 2008