IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE JOHN L. KANE

Date: July 25, 2008

Courtroom Deputy: Valeri P. Barnes
Court Reporter: Kara Spitler

Civil Action No. 08-cv-00381-JLK

JULIE MEEK,

    Plaintiff,

v.

ZURICH NORTH AMERICA
INSURANCE COMPANY,

    Defendant.

Andrew McLetchie
Jeffery Stalder

Mark Willis

_____

## COURTROOM MINUTES
_____

**SCHEDULING CONFERENCE**

**9:30 a.m.**    **Court in session.**

**ORDERED:**  Stipulated Protective Order **(15)** is **granted.** Signed Order to follow.

**ORDERED:**  Parties shall file a supplement to the Scheduling Order amending 6(e) to state that the plaintiff will be regarded as the appellant and to include a briefing schedule agreed to by the parties.

Scheduling Order is signed and entered.

**9:38 a.m.**    **Court in recess/hearing concluded.**

Total in-court time: 00:08