IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **08-cv-381-JLK**

**JULIE MEEK**,

    Plaintiff,

v.

**ZURICH NORTH AMERICA INSURANCE COMPANY, a New York corporation,**

    Defendants.

## ORDER

Kane, J.

Upon consideration of the Joint Stipulation for Dismissal With Prejudice (doc. #49), filed June 4, 2010, it is

**ORDERED** that this case is **DISMISSED WITH PREJUDICE**, the parties to bear their own costs and attorneys fees.

Dated: June 4, 2010

BY THE COURT:

*s/John L. Kane*
John L. Kane, Senior Judge
United States District Court